CLARKE v. MARTIN. (Supreme Court, Appellate Division, First Department. February 11, 1915. Action by Cora M. Clarke against John L. Martin. No opinion. Motion denied, with $10 costs. Order filed. See, also, 150 N. Y. Supp. 781.

CLARKE, Respondent, v. MILLER et al., Appellants. (No. 6947.) (Supreme Court, Appellate Division, First Department. February 26, 1915.) Appeal from Special Term, New York County. Action by John T. Clarke against Nathan J. Miller and others. From an order granting discovery, defendants appeal. Appeal dismissed. S. A. Lowenstein, of New York City, for appellants.

PER CURIAM. The action appears to have been brought in the county of Kings, and the appeal is from an order made in that county, and should have been taken to the Appellate Division in the Second Department. The appeal is therefore dismissed.

CLARKE v. TAYLOR. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by James R. Clarke against J. Howard Taylor. No opinion. Application granted. Order signed.

CLEARMONT, Appellant, v. RILEY et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 6, 1915.) Action by Benjamin C. Clearmont against Clinton Riley and others. No opinion. Order affirmed, with $10 costs and disbursements, upon the ground that the sufficiency of the defense cannot be tested by motion to strike out as irrelevant. Tierney v. Helvetia-Swiss Fire Ins. Co., 129 App. Div. 694, 114 N. Y. Supp. 139.

CLEVELAND, Respondent, v. ELMIRA, C. & W. RY., Appellant. (Supreme Court, Appellate Division, Third Department. January 6, 1915.) Action by Thurlow W. Cleveland against the Elmira, Corning & Waverly Railway. No opinion. Judgment and order unanimously affirmed, with costs.

CLINCH, Appellant, v. NEW YORK & Q. C. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by Duncan L. Clinch against the New York & Queens County Railway Company. G. B. Hanavan, of Long Island City, for appellant. R. H. Patton, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re COCHRANE. (Supreme Court, Appellate Division, Second Department. January 8, 1915.) In the matter of the application of Samuel B. Cochrane for admission to the bar. No opinion. Application granted, and order signed.

COHEN, Appellant, v. McNULTY, Respondent. (Supreme Court, Appellate Division, First Department. February 19, 1915.) Action by Louis Cohen, as administrator, against John McNulty. S. Meyers, of New York City, for appellant. J. J. Mahoney, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

COLLINS, Appellant, v. JACOBS, Respondent. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Charles Collins, an infant, etc., against Samuel E. Jacobs. S. A. Syme, of Mt. Vernon, for appellant. B. G. Barton, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements and motion granted with $10 costs. Order filed.

COLLINS et al. v. McCARTHY. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Marie L. Collins and others against John McCarthy. No opinion. Application granted. Order signed.

COLLINS, Respondent, v. SWEENEY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. December 24, 1914.) Action by Alva Collins against Mary C. Sweeney and another. No opinion. Motion denied. See, also, 150 N. Y. Supp. 1081.

COMMERCIAL TRUST CO. OF NEW YORK v. PECK et al. (Supreme Court, Appellate Division, Second Department. February 19, 1915.) Action by the Commercial Trust Company of New York against Walter A. Peck and others. No opinion. Judgment affirmed, with costs.

CONDON, Respondent, v. THOMAS F. CONDON & CO., Appellants. (Supreme Court, Appellate Division, Second Department. February 19, 1915.) Action by Thomas F. Condon against Thomas F. Condon & Co. No opinion. Judgment and orders unanimously affirmed, with costs.

CONROY, Respondent, v. STANDARD MAIL ORDER CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 29, 1915.) Action by Fred L. Conroy against the Standard Mail Order Company. No opinion. Order modified, by striking out the second, third, fifth, and sixth requirements thereof, and, as so modified, affirmed, without costs. See, also, 149 N. Y. Supp. 1076.

CONWAY, Respondent, v. FARISH–STAFFORD CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 29, 1915.) Action by John F. Conway against the Farish-Stafford Company.

PER CURIAM. Inasmuch as there was no effective stipulation, the compensation of the referee must be limited to the legal rate prescribed by section 3296 of the Code of Civil Procedure. Order reversed, with $10 costs and disbursements, and proceeding remitted to the clerk of the county of Queens for the retaxation of plaintiff's costs, upon notice. See, also, 157 App. Div. 481, 142 N. Y. Supp. 572.

COOK, Respondent, v. SHOEMAN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) Ac-

tion by John Cook against Peter J. Shoeman and another. No opinion. Judgment and order affirmed, with costs.

COOPER, Respondent, v. VILLAGE OF WHITEHALL. Appellant. (Supreme Court, Appellate Division, Third Department. March 3, 1915.) Action by Estella M. Cooper against the Village of Whitehall. No opinion. Judgment and order unanimously affirmed, with costs.

COOPER & POLLACK STRUCTURAL IRON WORKS v. ROSINO et al. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by the Cooper & Pollack Structural Iron Works against David Rosino and others. No opinion. Application denied, with $10 costs. Order signed. See, also, 147 N. Y. Supp. 241, 85 Misc. Rep. 409.

CORDAY v. WEISS et al. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Jacob Corday against Louis Weiss and others. No opinion. Application denied, with $10 costs. Order signed.

COSGROVE, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 20, 1915.) Action by Edward Cosgrove against the International Railway Company. No opinion. Judgment and order affirmed, with costs.

In re COURT FUNDS OF CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. February 5, 1915.) In the matter of the report of the chamberlain of the city of New York as to court funds. No opinion. Referred to Hon. William D. Dickey, official referee, to examine and to report.

CRAMP & CO., Respondent, v.-MASSACHUSETTS BONDING & INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by Cramp & Co. against the Massachusetts Bonding & Insurance Company. H. L. Cheyney, of New York City, for appellant. H. J. Roig, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CUOCO et al., Respondents, v. CLASSON BLDG. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 15, 1915.) Action by Luigi Cuoco and another against the Classon Building Company and another.

PER CURIAM. Judgment modified, by striking therefrom the word "fraudulent," and, as so modified, affirmed, with costs. The ninth and tenth findings of fact are reversed, and it is found: "Ninth. That in the year 1911 the defendant James C. Danzilo procured plaintiffs to sign a deed under seal purporting to convey the premises aforementioned to the Classon Building Company, which deed was dated July 15, 1911. and recorded in the office of the reg-

ister of the county of Kings in Liber 3317 of Conveyances, page 100, on August 28, 1911, in section 7, block 1896. Tenth. That the defendant Danzilo understood that the deed was in the nature of a mortgage, and procured it to effectuate the payment of interest on the mortgages and taxes; but he did not cause plaintiffs to understand his purpose, and the minds of the parties did not meet in the execution and delivery of the deed." The first conclusion of law is modified so as to read as follows: "That the deed mentioned in finding ninth is void." Settle order before Mr. Justice THOMAS. See, also, 149 N. Y. Supp. 1077.

CURTIS v. DAVIDSON. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Rensselaer L. Curtis, as receiver, against Henry Davidson. No opinion. Motion granted. Questions certified. Order filed. See, also, 164 App. Div. 597, 150 N. Y. Supp. 305.

CZAPLICKI, Respondent, v. KUJAWA, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) Action by Appolonia Czaplicki against Joseph Kujawa. No opinion. Judgment and findings modified, by eliminating therefrom the provision for reconveyance, and, as so modified, affirmed, with costs to the respondent.

D'ALISERA, Respondent, v. JOHN J. HEARN CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 11, 1915.) Action by Elginia D'Alisera, as administratrix, etc., of Angelo D'Alisera, deceased, against the John J. Hearn Construction Company.

PER CURIAM. We think the finding of the jury that the proximate cause of the accident was the existence of the small piece of board on the runway or platform was against the weight of evidence. Judgment and order reversed, and new trial granted; costs to abide the event.

BURR, J., not voting.

D'AMATO et al., Respondents, v. ELKEMA et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 8, 1915.) Action by Gaetano D'Amato and others against Annie V. Elkema and another, etc., impleaded with others. No opinion. Motion denied, without costs. See, also, 150 N. Y. Supp. 1082.

In re DANA'S WILL. (Supreme Court, Appellate Division, Second Department. January 22, 1915.) In the matter of the probate of the will of William B. Dana, deceased, in which Jacob Seibert, Jr., and George S. Dana, as surviving executors, etc., appeal. No opinion. Order of the Surrogate's Court of Suffolk County, in so far as appealed from, affirmed, with $10 costs and disbursements.

DAVIS v. A. M. ENGEL & CO., Inc. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Robert